ITT Educational Services, Inc. et al.; Case No. 16-07207-JMC

## Transfers During Preference Period

| Vendor Name | Check/EFT Number | Payment Type | Clear Date | Check/EFT Amount |
|---|---|---|---|---|
| GOOGLE INC | 1385695 | Check | 6/22/2016 | $ 1,694,210.84 |
| GOOGLE INC | 23642 | Check | 7/18/2016 | $ 436.59 |
| GOOGLE INC | 1391287 | Check | 7/22/2016 | $ 2,123,477.19 |
| GOOGLE INC | 23814 | Check | 8/19/2016 | $ 624.33 |
| GOOGLE INC | 1399479 | Check | 8/22/2016 | $ 1,616,088.29 |
| **GOOGLE INC Total** | | | | **$ 5,434,837.24** |

**Exhibit 1**
**Page 1 of 1**